HARRIET F. HALL *vs.* JOHN L. HUNT.

Middlesex.    January 7, 8, 1902. — January 9, 1902.

Present: HOLMES, C. J., LATHROP, BARKER, HAMMOND, & LORING, JJ.

*Lis Pendens.    Trustee Process.*

The pendency of a trustee process will not support a plea to the jurisdiction in an action by the defendant against the trustee in the same court.

CONTRACT for $85. Writ in the Police Court of Lowell dated July 29, 1899.

On appeal to the Superior Court, the case was tried without a jury by *Stevens*, J., who found for the plaintiff in the sum of $65.12. The defendant filed a plea to the jurisdiction of the court, and moved that the proceedings in the action be vacated on the ground, stated in the plea, that there was pending in the Superior Court an action brought by trustee process in which

the defendant in this action was made trustee for the plaintiff in this action and in which the same funds were attached that were claimed in this action. The motion was heard by *Braley*, J., who found that Hunt, the defendant in this action, had been discharged as trustee in the suit named in the plea, and denied the motion. The defendant appealed.

*J. L. Hunt, pro se.*

*P. A. Fay,* for the plaintiff.

BY THE COURT. The pendency of a trustee process in the Superior Court does not go to the jurisdiction of the same court over an action by the defendant against the trustee. *Rennell* v. *Kimball,* 5 Allen, 356, 367. *Craig Silver Co.* v. *Smith,* 163 Mass. 262, 267. Furthermore the trustee has been discharged as found by the judge of the Superior Court. We have no means of revising the findings.

*Order appealed from affirmed.*